UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STAMPEDE TOOL WAREHOUSE, INC., | ) | Case No. 1:07-cv-03298-CAB |
| Plaintiff, | ) | Judge Boyko |
| v. | ) | Magistrate Judge Vecchiarelli |
| NTX, INC., | ) | [PROPOSED] STIPULATED PERMANENT INJUNCTION AND DISMISSAL |
| Defendant. | ) | |

Pursuant to the parties' agreement, the parties stipulate to, and the Court hereby grants, a permanent injunction against Defendant NTX, Inc as follows:

Defendant NTX, Inc., and all persons or entities in privity and/or acting in concert with Defendant are permanently enjoined from the operation of the website found at the URL address www.stampedetools.com and/or any other website purporting to operate on behalf of an entity named "Stampede Tools" or any colorable imitation thereof; and from otherwise holding themselves out in any way as an entity named "Stampede Tools" or any colorable imitation thereof.

The parties further stipulate, and the Court hereby orders, that, with the exception of the foregoing injunctive relief, this case is dismissed with prejudice, with the parties to bear their own costs.

Christopher A. Boyko

~~Nancy A. Vecchiarelli~~
~~United States Magistrate Judge~~
Dated: 12/10/07

Judge Christopher A. Boyko
United States District Court

CLE - 1041590.1